**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Greenfield Prop. Owner LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-2462236 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| | | **594 Broadway**<br>**Rm 1010**<br>**New York, NY 10012-3310**<br>Number, Street, City, State & ZIP Code | <br><br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York**<br>County | Location of principal assets, if different from principal place of business |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Greenfield Prop. Owner LLC**
_____    Case number (*if known*) _____
Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

---

Debtor    **Greenfield Prop. Owner LLC**    Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

           Contact name    _____

           Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Greenfield Prop. Owner LLC**                    Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 30, 2016**
              MM / DD / YYYY

X _____        **Howard Borkan**
   Signature of authorized representative of debtor    Printed name

Title   **Manager**

---

**18. Signature of attorney**   X _____        Date **August 30, 2016**
                                  Signature of attorney for debtor                  MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 221-5700**      Email address   **knash@gwfglaw.com**

_____
Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                           Chapter 11

GREENFIELD PROP. OWNER, LLC,                                     Case No.

                                    Debtor.
-------------------------------------------------------------x

## DEBTOR'S DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK )

       Howard Borkan declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

       1.     I am the manager of Greenfield Prop. Owner, LLC (the "Debtor") by virtue of my status as Trustee of The Greenfield Prop Trust I and II, which hold the membership interests of the Debtor.

       2.     I submit this Declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code.

       3.     The Debtor maintains its business offices in New York City, and is the purchaser under a certain Commercial Property Purchase Agreement, dated April 29, 2016, as amended and extended (the "APA") with William C. Regazzi as trustee (the "Seller").

       4.     The APA relates to the Debtor's intended purchase of certain real property consisting of approximately 14 acres spread over two parcels of largely vacant land in Greenfield, California (the "Property").

5.      The purchase price of the Property is $4,600,000, including total deposits in the amount of $400,000, which were previously released to the Seller following various amendments to the APA.

6.      The Property is being purchased for agricultural and medical development. In recent months, the project has become subject to new regulatory requirements which impact the timing of the closing. Thus, the Debtor has sought an extension to close, without success, although the Seller itself has failed to meet all of its obligations under the APA.

7.      Specifically, the Property consists of two parcels of land, substantially owned by two trusts administered by William C. Regazzi. However, the second parcel (comprised of a small sliver of land adjoining a state highway) is also owned by fifteen other family members and heirs, who have not complied with their obligations under the APA to make various state mandated and contractual disclosures.

8.      Notwithstanding the Seller's lack of full compliance, the Debtor issued a notice on August 22, 2016 indicating it had removed all contingencies and was prepared to move forward with the acquisition.

9.      However, the Seller has refused to acknowledge the effectiveness of the Debtor's August 22, 2016 notice, and has taken the wrongful position that the Seller no longer has any contractual obligations to sell the Property to the Debtor. In fact, the Seller went so far as to re-market the Property even before the Debtor's contingency period expired on August 22, 2016.

10.     To make matters worse, the Seller also demanded the Debtor to pre-pay the balance of the purchase into escrow in advance of closing, even though the Seller continues to dispute the validity of the APA. The Seller's improper actions and abject bad faith have

caused the Debtor tremendous damage and made the pursuit of regulatory approval much more difficult to achieve.

11.    Given the Seller's unjustified resistance, the Debtor is compelled to seek Chapter 11 relief to preserve all of its rights under the APA before expiration of a potential time of the essence closing deadline of August 31, 2016.  While the Debtor disputes that a time of the essence closing can be validly declared in light of the Seller's own defaults and prior extensions, the Debtor is filing this petition to maintain the status quo while the matters are litigated, if necessary.

12.    Indeed, the Debtor remains committed to proceeding with a closing, and believes that the bankruptcy filing will gain the Debtor the benefit of at least a 60-day toll under 11 U.S.C. Section 108(b).  The Debtor, however, intends to challenge the Seller's conduct in connection with the APA to gain additional time to close.

13.    The Chapter 11 filing constitutes a proper use of the Bankruptcy Code. *See, In re Walden Ridge Development LLC*, 292 B.R. 58 (Bankr. NJ 2003); *In re New Breed Realty Enterprises, Inc.*, 278 B.R. 314 (Bankr. EDNY 2002); and *In re Empire Equities Capital Corp.*, 405 B.R. 687 (Bankr. SDNY 2009), which recognize the availability of the sixty (60) day extension under 11 U.S.C. §108(b) to real estate transactions.

14.    The Debtor has invested substantial time, money and effort in connection with the project, all of which is now improperly jeopardized by the Seller's unjustified actions.

## Assets and Capital Structure

15.    Pursuant to Bankruptcy Rule 1007(d), a list containing the names and addresses of the creditors holding the twenty (20) largest unsecured claims against the Debtor is attached to the Petition.  The Debtor has no secured creditors.

3

16.    The Debtor's assets consist of the APA and its rights concerning the deposit.

17.    All of the Debtor's books and records are maintained at the Debtor's offices

at 594 Broadway, Suite 1010, New York, NY 10012.

Dated: New York, NY
        August 30, 2016

Name:  Howard Borkan
Title:  Manager

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:                                                              Chapter 11

GREENFIELD PROP. OWNER, LLC                                         Case No.

                                        Debtor.

------------------------------------------------------------------x

## LIMITED LIABILITY COMPANY RESOLUTION

At a special meeting of the members of Greenfield Prop. Owner LLC (the "Company") held on August 30, 2016 and after motion duly made, seconded and unanimously carried, it was:

> **RESOLVED**, that Howard Borkan as manager of the Company, is authorized to execute a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code on behalf of the Company and to cause the filing thereof on behalf of the Company; and it is further

> **RESOLVED**, that the Company is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel for the purpose of filing the Chapter 11 petition on its behalf.

Dated: New York, New York
       August 30, 2016

                                   GREENFIELD PROP. OWNER, LLC

                              By:  _____
                                   Name:  Howard Borkan
                                   Title:  Manager

Fill in this information to identify the case:

Debtor name: Greenfield Prop. Owner LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alphatech 1321 Ridder Park Dr # 50 San Jose, CA 95131-2306 | | Construction | Unliquidated | | | $42,748.00 |
| Cornerstone Earth Group 1259 Oakmead Pkwy Sunnyvale, CA 94085-4040 | | Construction | Unliquidated | | | $30,445.00 |
| Cupertino 1132 N 7th St San Jose, CA 95112-4427 | | Construction | Unliquidated | | | $15,000.00 |
| Greenwood & Moore, Inc. 3111 Castro Valley Blvd Ste 200 Castro Valley, CA 94546-5554 | | Construction | Unliquidated | | | $21,678.00 |
| Monterey Bay Engineers 607 Charles Ave # B Seaside, CA 93955-5752 | | Construction | Unliquidated | | | $440.00 |
| Paradigm Structural Engineers 450 Sansome St Fl 5 San Francisco, CA 94111-3313 | | Construction | Unliquidated | | | $13,300.00 |
| Valerio DeWalt Train 424 Waverley St Palo Alto, CA 94301-1718 | | Architectual Services | Unliquidated | | | $68,000.00 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Greenfield Prop. Owner LLC**                                          Case number *(if known)*  _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **William Regazzi c/o Mr. Martin Sanchez 150 Kidder St Soledad, CA 93960-6099** | | **Contract price** | **Unliquidated** | | | **$4,200,000.00** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                              Chapter 11

GREENFIELD PROP. OWNER, LLC                                         Case No.

                                    Debtor.
-----------------------------------------------------------x

## EQUITY INTEREST HOLDERS

        The Greenfield Prop. Trust I                  50%
        The Greenfield Prop. Trust II                 50%


Dated: New York, New York
       August 30, 2016

                              GREENFIELD PROP. OWNER, LLC

                              By:   _____
                                    Name:  Howard Borkan
                                    Title:  Manager

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                                                    Chapter 11

GREENFIELD PROP. OWNER, LLC                                               Case No.

                                    Debtor.
----------------------------------------------------------------x

### RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Greenfield Prop. Owner, LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       August 30, 2016

                              GREENFIELD PROP. OWNER, LLC

                              By: _____
                                  Name:  Howard Borkan
                                  Title:   Manager

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                              Chapter 11

GREENFIELD PROP. OWNER, LLC                                         Case No.

                                      Debtor.
-------------------------------------------------------------x

## SCHEDULE OF EXECUTORY CONTRACTS

      1.    Commercial Property Purchase Agreement, dated April 29, 2016, as amended and extended to purchase certain real property located at 600 Pine Avenue, Greenfield, CA 93927 from William C. Regazzi as trustee for the total sum of $4,600,000.

Dated: New York, New York
       August 30, 2016

                        GREENFIELD PROP. OWNER, LLC

                        By:  _____
                            Name: Howard Borkan
                            Title:  Manager

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                          Chapter 11

GREENFIELD PROP. OWNER, LLC                                     Case No.

                                    Debtor.
-----------------------------------------------------------------x

### SCHEDULE OF LAWSUITS

None.


Dated:  New York, New York
        August 30, 2016


                              GREENFIELD PROP. OWNER, LLC

                              By: _____
                                   Name:  Howard Borkan
                                   Title:   Manager

**Fill in this information to identify the case:**

Debtor name    **Greenfield Prop. Owner LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 30, 2016**                x _____
                                                    Signature of individual signing on behalf of debtor

                                                    **Howard Borkan**
                                                    Printed name

                                                    **Manager**
                                                    Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name    **Greenfield Prop. Owner LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

                                                          Current value of debtor's interest

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

     3.1.    **Signature Bank**                   **Checking**                                $38,495.11

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**                                                 $38,495.11
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

     8.1.    **William C. Regazzi, as seller**                                    $400,000.00

**9.**    **Total of Part 2.**                                                 $400,000.00
     Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Greenfield Prop. Owner LLC**
_____    Case number *(If known)* _____
Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Greenfield Prop. Owner LLC**                                                    Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **600 Pine Ave,**<br>**Greenfield, CA**<br>**93927-4305**<br>**Commercial Property**<br>**Purchase Agreement**<br>**to purchase 14 acres**<br>**of land for**<br>**development** | | **$4,600,000.00** | **$4,600,000.00** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$4,600,000.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of<br>debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit**<br>**has been filed)**<br>**Potential suit against owner and seller of real property**<br>**in Greenfield, CA** | **unknown** |
| | Nature of claim        **Claim for breach of contract** | |
| | Amount requested | |
| 75. | **Other contingent and unliquidated claims or causes of action of**<br>**every nature, including counterclaims of the debtor and rights to**<br>**set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |

Official Form 206A/B                      Schedule A/B Assets - Real and Personal Property                      page 3

Debtor    **Greenfield Prop. Owner LLC** _____    Case number *(If known)* _____
             Name

| | | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Commercial Property Purchase Agreement to purchase property at 600 Pine Avenue, Greenfield, CA 93927** | $4,600,000.00 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | $4,600,000.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    __Greenfield Prop. Owner LLC_____    Case number *(if known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $38,495.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $400,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $4,600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,600,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,038,495.11 + 91b. | $4,600,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,638,495.11 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **Greenfield Prop. Owner LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name      **Greenfield Prop. Owner LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
     out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Alphatech**<br><br>**1321 Ridder Park Dr # 50**<br>**San Jose, CA 95131-2306**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$42,748.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Cornerstone Earth Group**<br><br>**1259 Oakmead Pkwy**<br>**Sunnyvale, CA 94085-4040**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$30,445.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Cupertino**<br><br>**1132 N 7th St**<br>**San Jose, CA 95112-4427**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$15,000.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Greenwood & Moore, Inc.**<br><br>**3111 Castro Valley Blvd Ste 200**<br>**Castro Valley, CA 94546-5554**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$21,678.00** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com              12345

| Debtor | Greenfield Prop. Owner LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 |
|---|---|---|---|

**Monterey Bay Engineers**

607 Charles Ave # B
Seaside, CA 93955-5752

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,300.00 |
|---|---|---|---|

**Paradigm Structural Engineers**

450 Sansome St Fl 5
San Francisco, CA 94111-3313

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,000.00 |
|---|---|---|---|

**Valerio DeWalt Train**

424 Waverley St
Palo Alto, CA 94301-1718

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200,000.00 |
|---|---|---|---|

**William Regazzi**
**c/o Mr. Martin Sanchez**
**150 Kidder St**
**Soledad, CA 93960-6099**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: Balance due under contract

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 4,391,611.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 4,391,611.00 |

Fill in this information to identify the case:

Debtor name     **Greenfield Prop. Owner LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official
      Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract to purchase 14 acres of real property in Greenfield, CA** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **William C. Regazzi c/o Mr. Martin Sanchez** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Fill in this information to identify the case:

Debtor name    **Greenfield Prop. Owner LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | _____ | | | | |
| | | City | State | Zip Code | | |
| 2.2 | _____ | _____ | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | _____ | | | | |
| | | City | State | Zip Code | | |
| 2.3 | _____ | _____ | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | _____ | | | | |
| | | City | State | Zip Code | | |
| 2.4 | _____ | _____ | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | _____ | | | | |
| | | City | State | Zip Code | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Greenfield Prop. Owner LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................    $    **4,600,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................    $    **438,495.11**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................    $    **5,038,495.11**

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................    $    **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............    +$    **4,391,611.00**

4.  **Total liabilities**.........................................................................................
    Lines 2 + 3a + 3b                                                                              $    **4,391,611.00**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**United States Bankruptcy Court**
**Southern District of New York, Manhattan Division**

IN RE:                                                    Case No. _____

Greenfield Prop. Owner LLC _____  Chapter **11** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **August 30, 2016** _____   Signature: _____
                                           **Howard Borkan, Manager**                    Debtor


Date: _____   Signature: _____
                                                                        Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Alphatech
1321 Ridder Park Dr # 50
San Jose, CA  95131-2306


Cornerstone Earth Group
1259 Oakmead Pkwy
Sunnyvale, CA  94085-4040


Cupertino
1132 N 7th St
San Jose, CA  95112-4427


Greenwood & Moore, Inc.
3111 Castro Valley Blvd Ste 200
Castro Valley, CA  94546-5554


Monterey Bay Engineers
607 Charles Ave # B
Seaside, CA  93955-5752


Paradigm Structural Engineers
450 Sansome St Fl 5
San Francisco, CA  94111-3313


Valerio DeWalt Train
424 Waverley St
Palo Alto, CA  94301-1718

William Regazzi
c/o Mr. Martin Sanchez
150 Kidder St
Soledad, CA  93960-6099